**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **JOSSELYN ALEJANDRA LOZOYA RIVERA,**<br>**Petitioner,**<br><br>**v.**<br><br>**WARDEN, EL PASO PROCESSING CENTER,** *et al.,*<br>**Respondents.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **EP-26-CV-01839-DB** |

**ORDER**

On this day, the Court considered the above captioned case. On July 7, 2026, Petitioner Josselyn Alejandra Lozoya-Rivera filed a "Petition for Writ of Habeas," ECF No. 1. Petitioner is currently detained by ICE at the El Paso Processing Center in the Western District of Texas, and asks the Court to order her immediate release. ECF No. 1 at 2. Petitioner is a Mexican national who entered the United States in 2012. *Id.* She was taken into immigration custody on April 28, 2026. *Id.* at 3. Petitioner asserts her continued detention violates her due process rights because she suffers from a neurological disorder that she has not received adequate medical care for while in custody, and such lack of medical treatment prevents her from adequately participating in her removal defense. *Id.* at 2. On July 15, 2026, Respondents filed a response. At this time, the Court requires further information before resolving the merits of the instant petition.

Accordingly, **IT IS HEREBY ORDERED** Petitioner **SHALL FILE** a supplemental notice, by **no later than August 20, 2026**, providing the following:

1. whether there has been any update with Petitioner's custody status;
2. whether there has been any update with Petitioner's removal proceedings;

3. whether Petitioner has ever been provided with a bond hearing before an immigration judge, and if so, provide a copy of the judge's order.

**SIGNED** this **17th** day of **August 2026**.

**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**