**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **JOSSELYN ALEJANDRA LOZOYA RIVERA,**<br>**Petitioner,** | §<br>§<br>§ | |
| **v.** | §<br>§ | **EP-26-CV-01839-DB** |
| **WARDEN, EL PASO PROCESSING CENTER,** *et al.,*<br>**Respondents.** | §<br>§<br>§ | |

**ORDER**

On this day, the Court considered the above captioned case. On August 20, 2026, Petitioner Josselyn Alejandra Lozoya-Rivera filed a "Motion to Voluntarily Dismiss the Petition for Writ of Habeas Corpus Without Prejudice," ECF No. 8. Therein, Petitioner moves the Court to dismiss her petition, ECF No. 1, because "the circumstances giving rise to the Petition have changed, and Petitioner no longer seeks the habeas relief requested in this action." ECF No. 8. The same day, Respondents advised the Court that Petitioner is no longer detained by Respondents. ECF No. 7. After due consideration, the Court grants Petitioner's motion.

Accordingly, **IT IS HEREBY ORDERED** Petitioner Josselyn Alejandra Lozoya-Rivera's "Motion to Voluntarily Dismiss the Petition for Writ of Habeas Corpus Without Prejudice," ECF No. 8, is **GRANTED.**

**IT IS FURTHER ORDERED** Petitioner Josselyn Alejandra Lozoya-Rivera's "Petition for Writ of Habeas Corpus," ECF No. 1, is **DISMISSED WITHOUT PREJUDICE.**

**SIGNED** this **21st** day of **August 2026**.

**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**